ACCEPTED
15-25-00075-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/14/2025 3:35 PM
CHRISTOPHER A. PRINE
CLERK

# IN THE FIFTEENTH COURT OF APPEALS

*for the*

## STATE OF TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/14/2025 3:35:19 PM
CHRISTOPHER A. PRINE
Clerk

---

### Case No. 15-25-00075-CV

---

TOMMY PARKER, JR., Appellant

v.

MARY MARTHA PARRACK, Appellee

**On Appeal from the
12th Judicial District Court of Madison County, Texas
Trial Court Cause No. 18-16110**

---

### MOTION FOR LEAVE AND EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

---

Pursuant to Rule 10.5(b) of the Texas Rules of Appellate Procedure, Kevin Parrack, Jr., Independent Executor of the Estate of Appellee Mary Martha Parrack ("Parrack"), files this motion seeking an extension of time in which to file his appellee's brief, and in support thereof, respectfully shows as follows:

1. The deadline for Appellee to file his brief is November 17, 2025.

2. Counsel for Appellee, Laura Upchurch requests additional time to complete Appellee's brief because she has had multiple conflicting professional obligations, including settings for trial and hearings in multiple courts in five different counties, since the date on which Appellant's brief was filed. In addition, Upchurch has been working on a paper for an upcoming speaking engagement at the Texas State Bar Fiduciary Litigation Course, set on December 11-12, 2025. Due to these schedule constraints, Upchurch does not have sufficient time to complete and file Appellee's brief by November 17, 2025.

3. Given Appellee's counsel's trial and hearing settings in the next four weeks, scheduled CLE, and upcoming holidays, Appellee requests an extension until December 30, 2025, for the filing of his brief. This request for an extension of time is not sought for delay, but rather to give counsel for Appellee adequate time to prepare the brief so that the briefing will be as helpful as possible to this Court.

4. On November 14, 2025, Upchurch notified opposing counsel of her request for an extension of time to complete Appellee's brief. Appellee's counsel has not yet responded to that notice; however, counsel previously indicated that he would not object to a request for extension, in light of the multiple extensions sought by and granted to Appellant.

5. For these reasons, Appellee respectfully requests that the Court grant this Motion for Extension of Time and give Appellee until December 30, 2025, to file his brief. Appellee respectfully requests all further relief to which he may be justly entitled.

Respectfully submitted,

UPCHURCH & YATES, LLP

/s/ LAURA UPCHURCH
Laura Upchurch
State Bar No. 00785131
UPCHURCH & YATES, LLP
315 S. Park St.
Brenham, Texas 77833
Tel.: (979) 316-1300
Fax: (979) 316-1316
upchurch@upchurchyates.com

*Counsel for Appellee*

## CERTIFICATE OF CONFERENCE

I hereby certify that I contacted Appellant's counsel, Greg White, about this matter, without a response; however, White previously informed Appellee's counsel that he would have no objection to an extension of time to file Appellee's brief.

/s/ LAURA UPCHURCH
Laura Upchurch

## CERTIFICATE OF SERVICE

In accordance with the Texas Rules of Civil and Appellate Procedure, I hereby certify that on November 14, 2025, the original of the foregoing motion has been filed with the Clerk of the Fifteenth Court of Appeals in writing, and a true and correct copy has been delivered to the following:

Greg White
State Bar No. 21329050
GREY REED & MCGRAW, LLC
900 Washington Ave., Ste. 800
Waco, Texas 76701
254-342-3000
gwhite@grayreed.com

*Counsel for Appellant*

/s/ LAURA UPCHURCH
Laura Upchurch

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jill Landry on behalf of Laura Upchurch
Bar No. 785131
jill@upchurchyates.com
Envelope ID: 108079009
Filing Code Description: Motion
Filing Description: Motion for Extension of Time to File Appellee's Brief
Status as of 11/14/2025 4:04 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| William Carter | 3932800 | wfcarterlaw@gmail.com | 11/14/2025 3:35:19 PM | SENT |
| Steven White | 21329050 | gwhite@grayreed.com | 11/14/2025 3:35:19 PM | SENT |
| Jay Goss | 8222600 | jgoss@bruchez.com | 11/14/2025 3:35:19 PM | SENT |
| Joseph Briers | 24082730 | jbriers@bruchez.com | 11/14/2025 3:35:19 PM | SENT |
| Laura Upchurch | | upchurch@upchurchyates.com | 11/14/2025 3:35:19 PM | SENT |